HAROLD M. BRODY, SBN 084927
hbrody@proskauer.com
DAWN M. IRIZARRY, SBN 223303
dirizarry@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant,
Sprint/United Management Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA REED,<br><br>             Plaintiff,<br><br>       against<br><br>SPRINT/UNITED MANAGEMENT COMPANY, and Does 1-100,<br><br>             Defendant. | Case No. 2:08-CV-02701-WBS-KJM<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE THE PRETRIAL SCHEDULING CONFERENCE TO APRIL 6, 2009**<br><br>Action Filed: October 16, 2008 |

1    Before the Court is a Joint Stipulation to Continue the Status (pretrial
2 scheduling) Conference by Defendant Sprint/United Management Company and
3 Plaintiff Olivia Reed.
4    IT IS ORDERED that the Joint Stipulation to Continue the Status (pretrial
5 scheduling) Conference is GRANTED.  Accordingly, the Status (pretrial
6 scheduling) Conference is continued from March 9, 2009 to April 6, 2009 at
7 2:00 PM.

9 DATED:  February 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE