1  HAROLD M. BRODY, SBN 084927
   hbrody@proskauer.com
2  DAWN M. IRIZARRY, SBN 223303
   dirizarry@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant,
   Sprint/United Management Company
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA REED, | Case No. 2:08-CV-02701 (WBS)(KJM) |
| Plaintiff, | |
| against | Hon. William B. Shubb |
| SPRINT/UNITED MANAGEMENT COMPANY, and Does 1-100, | **ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
| Defendant. | |

## **ORDER**

IT IS HEREBY ORDERED that the Status (pretrial scheduling) conference in this matter be continued from April 6, 2009 to **May 4, 2009 at 2:00 p.m.** All related deadlines will stem from the new Status (pretrial scheduling) Conference date.

Dated: March 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE