1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA REED,<br><br>            Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, and Does 1-100,<br><br>            Defendant. | Case No. 2:08-CV-02701 (WBS)(KJM)<br><br>Hon. William B. Shubb<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 16, 2008 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Olivia Reed, through her counsel, hereby stipulates and agrees that her action against Defendant Sprint/United Management Company shall be dismissed in its entirety with prejudice, each party to bear its and her own costs and attorneys' fees.

Dated: August 28, 2009

*Attorneys for Plaintiff*
Randy J. Harvey, Esq.
Randy J. Harvey, P.C.
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.469.9120
Facsimile: 916.307.5163
randy@randyharveylaw.com

 /s/ Randy Harvey
Randy J. Harvey, Esq.

*Attorneys for Defendant*
Harold M. Brody, Esq.
Mylene J. Brooks, Esq.
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: 310.557.2900
Facsimile: 310.557.2193
hbrody@proskauer.com
mybrooks@proskauer.com

 /s/ Mylene Brooks
Mylene J. Brooks, Esq.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on the Parties' Stipulation of Dismissal with Prejudice. In consideration of the Stipulation, it is **ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in its entirety. Each party shall bear its and her own costs and attorneys' fees.

DATED: September 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE